# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00076-CR

**Johnny Rodriguez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND DISTRICT COURT
### NO. CR99-025, HONORABLE GARY L. STEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Johnny Rodriguez was convicted in Comal County cause number CR99-025 of delivering a controlled substance to a minor. On appeal, this Court modified the trial court's judgment to delete a deadly weapon finding and affirmed the judgment of conviction as modified. *Rodriguez v. State*, 31 S.W.3d 772, 780 (Tex. App.—Austin 2000, pet. granted). Our judgment was affirmed by the court of criminal appeals. *Rodriguez v. State*, 104 S.W.3d 87 (Tex. Crim. App. 2003). That court's mandate has issued.

On January 4, 2004, Rodriguez filed a pro se notice of appeal in cause number CR99-025. Because he has already exercised his appellate rights in this cause, the appeal is dismissed for want of jurisdiction.

                                                          _____

                                                          Bob Pemberton, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed

Filed:  March 4, 2004

Do Not Publish